UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

IN THE MATTER OF THE DISCIPLINE OF                    MISCELLANEOUS

Robert G. Creely                                       # 10-24
Bar Roll No. 04594

ORDER

The Court having been notified that Robert G. Creely was permanently prohibited from practicing law in Louisiana by the Louisiana Supreme Court effective January 27, 2010, and membership in good standing before the Bar of the Supreme Court of Louisiana being required by Uniform Local Rule 83.2.2 as a prerequisite to practice before this Court:

IT IS ORDERED AND ADJUDGED that Robert G. Creely be, and is hereby permanently prohibited from practicing law before this Court, effective February 22, 2010 unless he shows good cause within thirty (30) days from the date of this order why he should not be permanently prohibited from practicing law before this Court. The discipline hereby ordered shall continue in effect until further order of this Court.

Baton Rouge, Louisiana, this 26th day of February, 2010.

RALPH E. TYSON, CHIEF JUDGE

Certified copies:
LAED
LAWD
USCA
USBC-MDLA
SCLA
R. Creely